UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOMER C. PATTON AND
JEFFREY B. PRESLEY,

      Plaintiffs,

v.

      No. 2:04CV2257-D/P

PAUL ADAMS,

      Defendant.

## CONSENT ORDER OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

It appearing to the Court that Plaintiffs Homer C. Patton and Jeffrey B. Presley and Defendant Paul Adams have entered into a settlement agreement to resolve the issues in this case and therefore this lawsuit should be dismissed without prejudice.

IT IS ORDERED, ADJUDGED AND DECREED that this action against Paul Adams shall be dismissed without prejudice with the Plaintiffs and Defendant to share court costs.

_____
United States District Judge

November 2, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

APPROVED:

GLANKLER BROWN, PLLC

By: _____
Marc L. Schatten (TNB # 19862)
Attorney for Defendant Paul Adams


BALLIN, BALLIN & FISHMAN, P.C.

By: _____
Randall J. Fishman (TNB # 7097)
Attorney for Defendant Paul Adams

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02257 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Paul Adams
331 West 57th Street
Apt. #276
New York, NY 10019

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT