# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 14  PM 12:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

HOMER C. PATTON and
JEFFREY B. PRESLEY

v.

PAUL ADAMS

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2257-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Voluntary Dismissal Without Prejudice entered on November 4, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

11-14-2005
Date

THOMAS M. GOULD
Clerk of Court

(By) _/s/ Judy Asley_
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02257 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Paul Adams
331 West 57th Street
Apt. #276
New York, NY 10019

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT